IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER GOMES, et al., | CASE NO. CV F 09-1493 LJO DLB |
| Plaintiffs, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, et. al, | |
| Defendants. / | |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;

2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division and to assign a Sacramento district judge and magistrate judge to this action; and

3. VACATES all pending dates, including the October 29, 2008 scheduling conference, before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   August 25, 2009**          **/s/ Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE